IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WALTER J. HOSKINS**                                                                                        **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO.: 4:23-cv-224-DMB-JMV**

**MANSERMAR, INC. et al.**                                                          **DEFENDANTS**

### AMENDED ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

This matter is before the court, *sua sponte*, to amend its order, entered on January 23, 2024, denying *pro se* Plaintiff Walter J. Hoskins' Motion for Leave to Proceed *in forma pauperis* ("IFP") [2].

Plaintiff filed an application for IFP status on November 27, 2023, wherein Plaintiff made a number of errors or omissions in his application. Accordingly, the undersigned entered a Show Cause Order [5] on December 6, 2023, directing Plaintiff to address these deficiencies or risk denial of IFP status and/or dismissal of the complaint. Rather than amend the application, the plaintiff elected to pay the filing fee.[1] Because Plaintiff has paid the filing fee, the application to proceed IFP is **denied as moot**.

THERFORE IT IS ORDERED that Plaintiff's Motion [2] is denied as moot. The Clerk's Office is directed to issue summonses for the defendants and mail these summonses to Plaintiff's address, as shown on the docket, along with this order. Plaintiff may then serve the summons and complaint on each defendant in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED**, this, the 29th day of January, 2024.

---

[1] The Clerk's Office informed the undersigned's chambers on January 29, 2024, that the plaintiff did, in fact, pay the $405 filing fee on December 18, 2023. Receipt of the fee was inadvertently not docketed at the time of receipt but has since been docketed.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**